IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFREY DAVIS, on Behalf of Himself and All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>V.<br><br>CAPITAL ONE HOME LOANS LLC and CAPITAL ONE NATIONAL ASSOCIATION,<br><br>*Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-03236-G |

## JOINT MOTION FOR APPROVAL OF
## CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

Plaintiff Jeffrey Davis ("Plaintiff"), on behalf of himself and the Opt-In Plaintiffs (collectively "Plaintiffs") and Defendants Capital One Home Loans LLC and Capital One National Association (collectively "Defendants")(together with Plaintiffs, the "Parties"), by counsel, jointly move this Court to conduct an *in camera* review of the Confidential Settlement Agreement and Release entered into between Plaintiff and Defendants (the "Agreement"), and approve the Agreement. The grounds for the motion are set forth in the accompanying memorandum. A proposed order is attached.

Respectfully submitted,

By: */s/ Kevin M. Duddlesten*
Kevin M. Duddlesten
Texas Bar No. 00793644
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: (214) 932-6400

Facsimile: (214) 932-6499
kduddlesten@mcguirewoods.com

Christopher M. Michalik
Virginia Bar No. 47817*
Elizabeth P. Redpath
Georgia Bar No. 979358*
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4343
Facsimile: (804) 225-5411
cmichalik@mcguirewoods.com
eredpath@mcguirewoods.com

**ATTORNEYS FOR DEFENDANTS CAPITAL ONE HOME LOANS LLC and CAPITAL ONE NATIONAL ASSOCIATION**

*Admitted *pro hac vice*

J. Derek Braziel
LEE & BRAZIEL, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 7522

Rowdy B. Meeks
ROWDY MEEKS LEGAL GROUP
8201 Mission Road, Suite 250
Prairie Village, Kansas 66208

**ATTORNEYS FOR PLAINTIFF JEFFREY DAVIS AND FOR OPT-IN PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2020, the foregoing document was duly served in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure as follows:

*Electronic Case Filing*
J. Derek Braziel
LEE & BRAZIEL, LLP
1801 N. Lamar Street, Suite 325

Dallas, Texas 7522

***Electronic Case Filing***
Rowdy B. Meeks
ROWDY MEEKS LEGAL GROUP
8201 Mission Road, Suite 250
Prairie Village, Kansas 66208

               */s/ Kevin M. Duddlesten*
               Kevin M. Duddlesten