IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JEFFREY DAVIS, on Behalf of Himself and All Others Similarly Situated, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CIVIL ACTION NO. 3:17-CV-03236-G |
| CAPITAL ONE HOME LOANS LLC and CAPITAL ONE NATIONAL ASSOCIATION, | § § § § § | |
| *Defendants.* | § § | |

## JOINT RESPONSE TO ORDER
## REGARDING JOINT MOTION FOR APPROVAL

Plaintiff Jeffrey Davis ("Plaintiff" or "Davis") and Defendants Capital One Home Loans, LLC, and Capital One National Association ("Defendants" or "Capital One") (collectively, "the Parties"), by and through counsel and pursuant to this Court's May 20, 2020 Order (ECF No. 127), jointly request that this Court approve the Parties' settlement agreement.

### I.     The Parties' Conference

Per the Court's instructions, Rowdy Meeks (Plaintiff's counsel) and Christopher Michalik (Defendants' counsel) conferred regarding the public filing of the Parties' settlement agreement and approval of that agreement that this Court identified in its May 20th Order. The Parties have reached an agreement.

1

## II. Public Filing of Settlement Agreement and Approval

The Parties jointly advise this Court that they continue to request approval of their settlement, understand that the Court will approve the settlement, and understand that this Court will unseal the settlement agreement such that it will be available on the public docket. *See,* Order ECF 127, p. 6. Thus, the Parties jointly request that this Court grant their Motion for Approval (ECF No. 125).

Based upon the above, the Parties respectfully request this Court approve their joint Motion for Approval.

Dated: May 29, 2020

Respectfully submitted,

*/s/ J. Derek Braziel*
J. Derek Braziel (Texas Bar No. 00793880)
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel: (214) 749-1400
Fax: (214) 749-1010
jdbraziel@1-b-law.com

*/s/ Rowdy B. Meeks*
Rowdy B. Meeks (Kansas Bar No.16068)*
Rowdy Meeks Legal Group LLC
8201 Mission Road, Suite 250
Prairie Village, Kansas 66208
Tel: (913) 766-5585
Fax: (816) 875-5069
Rowdy.Meeks@rmlegalgroup.com

**ATTORNEYS FOR PLAINTIFF
JEFFREY DAVIS**

*/s/ Elizabeth P. Redpath*
Christopher M. Michalik (Virginia Bar No. 47817)*
Elizabeth P. Redpath (Georgia Bar No. 979358)*
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:  (804) 775-4343
Fax:  (804) 225-5411
cmichalik@mcguirewoods.com
eredpath@mcguirewoods.com

**ATTORNEYS FOR DEFENDANTS
CAPITAL ONE HOME LOANS LLC and
CAPITAL ONE NATIONAL ASSOCIATION**

*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that a true and correct copy of the above was sent on May 29, 2020 pursuant to the service requirements of the ECF/CM for the Northern District of Texas which will notify all counsel of record.

       /s/ Rowdy B. Meeks
      Rowdy B. Meeks, Attorney for Plaintiff