UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY DAVIS, on Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) VS. ) ) CAPITAL ONE HOME LOANS, LLC, ET AL., ) ) ) Defendants. ) ) | CIVIL ACTION NO. 3:17-CV-3236-G |

### ORDER & FINAL JUDGMENT

The parties' joint motion for approval of settlement agreement and release (docket entry 125) is **GRANTED**. The settlement is **APPROVED**, and this action is **DISMISSED** with prejudice in accordance with the terms of the settlement agreement (docket entry 124-2).

Having considered the parties' May 29, 2020 joint response which requests approval of settlement (docket entry 128), filed in response to the court's May 20, 2020 memorandum opinion and order (docket entry 127), it is **ORDERED** that the clerk of court unseal docket entries 124 and 124-2, originally filed on March 19, 2020.

It is further **ORDERED** that the plaintiff Jeffrey Davis and all individuals who (1) filed consents to join this action as parties plaintiff prior to the date of entry of

this order and (2) cash their settlement checks are hereby deemed to fully and unconditionally waive and release any and all Released Claims (as that term is defined in the settlement agreement) against any and all Released Parties (as that term is defined in the settlement agreement), as more fully set forth in the settlement agreement.

The court enters **JUDGMENT** in accordance with this order. This case is hereby **DISMISSED** with prejudice, with all costs borne in accordance with the settlement agreement, and the court retaining continuing jurisdiction as set forth in the settlement agreement.

June 2, 2020.

*/s/ A. Joe Fish*
A. JOE FISH
Senior United States District Judge